UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>        Respondent. | NO. CV 10-01279 R (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1  **IT IS ORDERED** that: (1) Petitioner's Reconsideration Motion is
2 DENIED (Docket No. 18); (2) Grounds, Two, Three, Four, and Five of the
3 Petition are DISMISSED WITH PREJUDICE; and (3) Respondent shall file an
4 answer to the First Amended Petition's remaining claim (Ground One)
5 within **thirty (30) days** of the date of this Order.

7  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
8 Petitioner and counsel for Respondent.

10 DATED: November 3, 2010

   _____
   MANUEL L. REAL
12 UNITED STATES DISTRICT JUDGE