**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMOND MARTIN,<br><br>        Petitioner,<br><br>     v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>        Respondent. | NO. CV 10-01279 R (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 25, 2011

                                            MANUEL L. REAL
                                            UNITED STATES DISTRICT JUDGE